# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BOWEN BLEVIN,
    Plaintiff,

v.                                C.A. No. 11-323 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 17th, 2012, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion for an Order Affirming the Decision of the Commissioner is hereby GRANTED, and Plaintiff's Motion to Reverse Decision of the Commissioner is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/6/12